UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:23-cv-01394-KES                                                              Date: November 1, 2023

Title: Ameris Bank v. Powder-X Coating Systems, LLC et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   Order to Show Cause Why Action Should Not Be Dismissed for Failure to Timely Serve Defendants

Plaintiff Ameris Bank ("Plaintiff") filed this action on August 2, 2023. (Dkt. 1.) Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed. Although that 90-day deadline expired on October 31, 2023, Plaintiff has not filed proof of service as of the date of this order.

IT IS THEREFORE ORDERED that, **on or before November 15, 2023**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendants. Plaintiff shall describe what efforts have been undertaken since 9/16/23 to serve both the individual defendant and the LLC defendant.

Initials of Deputy Clerk JD