1  NEAL S. SALISIAN, SBN 240277
   neal.salisian@salisianlee.com
2  GLENN R. COFFMAN, SBN 305669
   glenn.coffman@salisianlee.com
3  JARED T. DENSEN, SBN 325164
   jared.densen@salisianlee.com
4  SALISIAN | LEE LLP
   550 South Hope Street, Suite 750
5  Los Angeles, California 90071-2924
   Telephone:  (213) 622-9100
6  Facsimile:   (800) 622-9145

7  MARISA D. POULOS (SBN 197904)
   marisa.poulos@balboacapital.com
8  BALBOA CAPITAL
   575 Anton Boulevard, 12th Floor
9  Costa Mesa, California 92626
   Tel: (949) 399-6303
10
   Attorneys for Plaintiff
11 AMERIS BANK d/b/a BALBOA CAPITAL

12

13

14              THE UNITED STATES DISTRICT COURT

15            FOR THE CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL, <br><br> Plaintiff, <br><br> vs. <br><br> POWDER-X COATING SYSTEMS, LLC, a Tennessee limited liability company; and JOEY REX GOLLIVER, an individual, <br><br> Defendants. | Case No. 8:23-cv-01394-FWS(DFMx) <br><br> [Assigned to the Hon. Fred W. Slaughter] <br><br> **JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** <br><br> Complaint Filed:   August 22, 2023 |

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL
2  OF RECORD:
3      IT IS HEREBY STIPULATED by the affected parties, Plaintiff Ameris Bank
4  d/b/a Balboa Capital ("Balboa" or "Plaintiff") and defendants Powder-X Coating
5  Systems, LLC ("Powder-X") and Joey Rex Golliver, an individual ("Golliver")
6  (collectively, the "Defendants") (collectively, with Balboa, the "Parties"), that
7  Balboa's action is hereby voluntarily dismissed without prejudice, pursuant to Rule
8  41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to a settlement
9  agreement entered into by and between Balboa, on the one hand, and Defendants,
10 on the other hand, concurrent with this Stipulation (the "Settlement Agreement").
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //

1  IT IS FURTHER STIPULATED by the Parties that this Court shall retain
2  jurisdiction to enforce the Settlement Agreement, and that this Stipulation shall
3  incorporate the terms of the Settlement Agreement.
4  IT IS SO STIPULATED.

DATED: June 20, 2024          AMERIS BANK d/b/a BALBOA CAPITAL

                              By: *James J Grant*
                                  James Grant
                                  Vice President

DATED: June 20, 2024          SALISIAN | LEE LLP

                              By: *[signature]*
                                  Neal S. Salisian
                                  Attorney for AMERIS BANK
                                  d/b/a BALBOA CAPITAL

DATED: June 18, 2024          POWDER-X COATING SYSTEMS, LLC

                              By: *[signature]*
                                  Joey Rex Golliver
                              Its: _____

DATED: June 19, 2024          JOEY REX GOLLIVER

                              By: *[signature]*
                                  Joey Rex Golliver

DATED: June 18, 2024          JEFFERY P. BOYKIN, ESQ.

                              By: *[signature]*
                                  Jeffery P. Boykin, Esq.
                                  Attorney for Powder-X Coating
                                  Systems, LLC and Joey Rex
                                  Golliver